§86. COMPLAINT IN FEDERAL COURT -BY FORMER ..., 12B AM JUR. Pl. &

12B Am. Jur.Pl. & Pr. Forms Fright, Shock, Etc. § 86



FILED

FEB 1 5 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

§ 86. COMPLAINT IN FEDERAL COURT - BY FORMER INMATE –

DUE PROCESS RIGHTS THAT'S GUARANTEED AND PROTECTED BY THE 5TH & 14TH AMENDMENT OF THE U.S. CONSTITUTION, NEGLIGENTS, UNLAWFYLLY DETAINMENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, MENTAL ANGUISH, PHYSICALLY BODYLY HARM, VIOLATION OF STATE CIVIL RIGHTS, AND WRONGFUL INCARCERATION UNDER SUPPLEMENTAL JURISDITION,28 U.S.C.A § 1367(a).

AND RELATED CAUSES OF ACTION – FOR DAMAGES.

PLAINTIFF,
Willie L. CAsper 3rd.

2:23 cv 53

IN THE

UNITED STATES DISTRICT COURT

V.                    FOR THE EASTERN DISTRICT OF VIRGINIA

DEFENDANT,

[HAROLD W. CLARKE,]

DIRECTOR OF THE VIRGINIA DEPARTMENT OF CORRECTIONS

COMPLAINT.

PLAINTIFF,

[WILLIE L. CASPER 3RD.],   ALLEGE: THE DEFENDANT HAROLD W.CLARK VIOLATED THE VIRGINIA CODE OF LAW § 53.1 – 202.3 BY FAILING TO RELEASE THE PLAINTIFF WILLIE L. CASPER 3RD. FROM THE VIRGINIA DEPARTMENT OF CORRECTIONS IN ACCORD WITH § 53.1 – 202.3 THE DEFENDANT IS ALSO IN VIOLATION OF THE PLAINTIFF WILLIE L. CASPER 3RD. DUE PROCESS RIGHTS THAT'S GUARANTEED AND PROTECTED BY THE 5TH & 14TH AMENDMENT TO THE U.S. CONSTITUTION BY FAILING TO FOLLOW THE PROPER PROCEDURES IN RELEASING THE PLAINTIFF IN ACCORD WITH THE VIRGINIA § 53.1 – 202.3

INTRODUCTION.

THIS IS A COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C.A § 1983; AND UNDER THE 5TH & 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION; DUE PROCESS RIGHTS VIOLATION UNDER 42 U.S.C.A § 1983; MONELL – RELATED CLAIMS UNDER 42 U.S.C.A § 1983; AND NEGLIGENTS, UNLAWFUL DETAINMENT, INTENTIONAL INFLICION OF EMOTIONAL DISTRESS, MENTAL ANGUISH, PHYSICALLY BODLY HARM, VIOLATION OF STATE CIVIL RIGHTS AND WRONGFUL INCARCERATION UNDER SUPPLEMENTAL JURISDICTION, 28 U.S.C.A. § 1367(a).

JURISDICTION AND VENUE,

1.THIS COURT HAS JURISDITION OVER THE PRESENT MATTER BECAUSE, AS DELINEATED WITHIN THIS COMPLAINT. THE NATURE OF THE CLAIMS AND AMOUNTS IN CONTROVERSY MEET THE REQUIREMENTS OF JURISDICTION IN THE SUPERIOR COURT OF THE STATE OF VIRGINIA. THIS COURT IS EMPOWERED WITH CONCURRENT JURISDICTION TO ENTERTAIN SUITS BROUGHT UNDER THE FEDERAL CIVIL RIGHTS ACT, 42 U.S.C.A.§ 1983.

2.VENUE IS PROPER IN THIS COURT, PURSUANT TO 28 U.S.C.A. § 1391, SINCE THE UNDERLYING ACTS, OMISSIONS, INJURIES AND RELATED FACTS AND CIRCUMSTANCES GIVING RISE TO THE PRESENT ACTION OCCURRED IN CHESAPEAKE, VIRGINIA, AND WITHIN THIS DISTRICT.

[BRIEF SUMMARY OF BACKGROUND FACTS, HIGHLIGHTING VARIOUS CAUSE OF ACTION]. 53

ALLEGATIONS,

1.[ALLEGATIONS OF FACTS PERTAINING TO THE PLAINTIFF DUE PROCESS RIGHTS THAT'S GURANTEED AND PROTECTED BY THE 5TH & 14TH AMENDMENT TO THE U.S.CONSTITUTION, NEGLIGENTS, UNLAWFUL DETAINMENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, MENTAL ANGUISH, PHYSICALLY BODLY HARM, VIOLATION OF STATE CIVIL RIGHTS, AND WRONGFUL INCARCERATION.

FIRST, SECOND, AND THIRD CAUSES OF ACTION;

1. VIOLATION OF THE PLAINTIFF CIVIL RIGHTS THAT'S GURANTEED AND PROTECTED BY THE 5TH & 14TH AMENDMENT TO THE U.S.CONSTITUTION.


2. THE VIRGINIA DEPARTMENT OF CORRECTIONS IS IN VIOLATION OF THE VIRGINIA STATE LAW § 53.1 -202.3 BY FAILING TO FOLLOW THE PROPER PROCEDURES IN ACCORD WITH § 53.1 – 202.3 THE DEFENDANT IS ALSO IN VIOLATION OF THE PLAINTIFF WILLIE L. CASPER 3RD. DUE PROCESS RIGHTS THAT'S GURANTEED AND PROTECTED BY THE 5TH & 14TH AMENDMENT TO THE U.S.CONSTITUTION, & NEGLIGENTS:


3. THE PLAINTIFF WAS SERVING A 12 YEAR SENTENCE AND WAS PLACED IN GOODTIME EARNING LEVEL (1) IF THE VIRGINIA DEPARTMENT OF CORRECTION WOULD HAVE FOLLOWED THE PROPER PROCEDURES IN CALCULATING THE PLAINTIFF EARNED SENTENCE GOOD TIME CREDITS CORRECTLY THE PLAITIFF RELEASE DATE WOULD HAVE INDICATED THE PLAINTIFF RELEASE DATE ON OR AROUND DECEMBER 21,2021. THEREFORE, THE PLAINTIFF WAS REQUIRED BY THE VIRGINIA CODE OF LAW § 53.1 – 202.3 TO BE RELEASED ON JULY 1,2022 OR BEFORE SEPTEMBER 1,2022 OR WITHIN 60 DAYS AS OF JULY 1,2022 IN ACCORD WITH THE VIRGINIA § 53.1 – 202.3 THE PLAINTIFF WROTE THE VIRGINIA DEPARTMENT OF CORRECTION INFORMING THEM OF THIS MATTER [SEE EX2.] THE PLAINTIFF RECEIVED A LEGAL UP DATE SHEET FROM THE VIRGINIA DEPARTMENT OF CORRECTION STATING THAT HIS RELEASE DATE WAS JUNE 20,2023 [SEE EX3] WHICH WAS WRONG, THE PLAINTIFF CONTECTED HIS ATTORNEY AT THAT TIME TO HAVE A COPY OF THE PLAINTIFF SENTENCE ORDER SENT TO HIM SO THAT THE PLAINTIFFF COULD GIVE IT TO HIS COUNSELOR WHICH INDICATED THAT THE PLAINTIFF WILLIE L.CASPER 3RD WAS NOT SUPPOSE TO BE INCARCERATED AT THAT TIME. THE PLAINTIFF COUNSELOR IMMEDIATELY CONTECTED THE VIRGINIA DEPARTMENT OF CORRECTIONS AND I WAS RELEASED ON DECEMBER 6,2022 [SEE EX4] THE VIRGINIA DEPARTMENT OF CORRECTIONS DID NOT FOLLOW THE PROPER PROCEDURES IN ACCORD WITH THE VIRGINIA § 53.1 -202.3 IN RELEASING THE PLAINTIFF WILLIE L.CASPER 3RD AS REQUIRED BY LAW THEREFORE; THIS CLAIM IS BEING FILED AGAINST THE DIRECTOR OF THE VIRGINIA DEPARTMENT OF CORRECTION HAROLD W. CLARKE AT THIS TIME FOR VIOLATION OF THE PLAINTIFF WILLIE L.CASPER DUE PROCESS RIGHTS THAT'S GURANTEED AND PROTECTED BY THE 5TH & 14TH AMENDMENT TO THE U.S.CONSTITUTION. THE DEFENDANT IS ALSO IN VIOLATION OF THE VIRGINIA STATE LAW § 53.1 – 202 .3 AND NEGLIGENTS.   [ SEE EX 5]

THIRD THROUGH FIFTH CAUSES OF ACTION:

4. PHYSICALLY BODYLY HARM, UNLAWFULLY DETAINEMENT, WRONGFULLY INCARCERATION, EMOTIONAL DISTRESS, MENTAL ANGUISH;

DAMAGES:

5. THE PLAINTIFF WILLIE L. CASPER 3RD. SUFFERED FROM PHYSICALLY SEVERE BODYLY HARM DOING HIS TIME OF BEING UNLAWFULLY DETAINED AND WRONGFULLY INCARCERATED. THE PLAINTIFF WILLIE L. CASPER 3RD. CONTRACTED OPIOIDS IN HIS SYSTEM AND SUFFERED FROM A HEART ATTECT DOING THE PLAINTIFF TIME OF BEING WRONGFULLY INCARCERATED AND HAD TO BE RUSHED TO THE EMERGENCY ROOM, [SEE EX 6.] THE PLAINTIFF NOW SUFFERS FROM SEVERE EMOTIONAL DISTRESS AND MENTAL ANGUISH AND CHEST PAINS AT THIS TIME. THE PLAINTIFF STATES THAT HAD HE NOT HAVE BEEN FORCED AGAINST HIS WILL TO BE UNLAWFULLY DETAINED AROUND DRUG USING INMATES AT THE TIME OF HIS WRONGFULLY INCARCERATION THAT HE WOULD HAVE NEVER SUFFERED FROM A HEART ATTECK DO TO CONTRACTING OF OPIOIDS IN HIS SYSTEM BECAUSE THE PLAINTIFF IS NOT A DRUG USER. THE DEFENDANT HAROLD W. CLARKE THE DIRECTOR OF THE VIRGINIA DEPARTMENT OF CORRECTIONS IS RESPONCEBLE FOR THE PLAINTIFF WILLIE L.CASPER 3RD. DAMAGES. THE DEFENDANT HAROLD W. CLARKE, ENGAGED IN NEGLIGENT CONDUCT TOWARDS THE PLAINTIFF WITH RECKLESS DISREGARD OF PROBABILITY FOR CAUSING PLAINTIFF TO SUFFER SEVER EMOTIONAL DISTRESS, AS A DIRECT AND PROXIMATE CAUSE OF THE DEFENDANT NEGLIGENT CONDUCT THE PLAINTIFF IS ENTITLED TO GENERAL AND COMPENSTORY DAMAGES. THE PLAINTIFF IS ALSO ENTITLED TO PUNITIVE DAMAGES AS TO THE INDIVIDUALLY NAMED DEFENDANT HAROLD W.CLARKE THE DIRECTOR OF THE VIRGINIA DEPARTMENT OF CORRECTIONS BECAUSE HE ACTED MALICIOUESLY, INTENTIONALLY OR WITH CALLOUS OR RECKLESS DISREGARD FOR THE PLAINTIFF WILLIE L.CASPER 3RD. RIGHTS.

6. ALLEGATIONS OF CONSTITUTING CLAIMS FOR UNLAWFULLY DETAINEMENT, WRONGFULLY INCARCERATION, NEGLIGENCE, DUE PROCESS RIGHTS VIOLATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, MENTAL ANGUISH ,AND VIOLATION OF STATE CIVIL RIGHTS.

REQUEST FOR RELIEF

WHEREFORE, PLAINTIFF REQUEST JUDGEMENT AGAINST THE DEFENDANT IN THE
AMOUNT OF { 100,000,000 $ } MILLION DOLLARS.

2.PUNITIVE DAMAGES ACCORDING TO PROOF;

3.COST AND INTEREST ACCORDING TO LAW;

4.SUCH OTHER AND FURTHER RELIEF THAT THE COURT CONSIDERS PROPER.

DATE OF COMPLAINT, _2- 15- 2023_

NAME OF PLAINTIFF, _Willie L. Casper 3rd._
Willie L. Casper 3rd.
2922 Aaron dr.
Chesapeake VA. 23323

Phone # cell.(757) 236-2646
Home - (757) 487-8659