Exhibis

| | | |
|---|---|---|
| **DOC #:** 1058209 | **Offender:** Casper, Willie Lee, III | **Date:** 04/22/2015 |
| **Status:** Active | **Location:** Nottoway Correctional Center | |

**Current Class Level:** 1      **CRD:** 11/13/2014

**Parole Rev. Date:**

**Total Sentence:**    12 Years    0 Months    0 Days    **Parole Violations:** 0

**Projected Dates**
**Discretionary Parole Eligibility:** Ineligible
**Mandatory Parole Release:** Ineligible
**Good Time Release:** 05/07/2024
**Adjusted Discharge:** 30 days applied to GTRD

The projected dates are based on the assumption that the offender will continue to earn good time at the present earning level and will not have earned good time taken from the offender as a result of misbehavior. Loss of earned good time, a change in good time earning level, or any other event that impacts the service of the total sentence may cause the projected dates to change.

Events listed below may impact the projected dates of eligibility and/or release since the sentence start date of: 12/04/2013

| Date | Description | |
|---|---|---|
| 08/25/2014 | Sentence: | Chesapeake Circuit - Docket: CR14-307-00<br>Offense: Shoplift Alter Price/Conceal - Goods >=$200{LAR-2354-F9}{18.2-103}<br>Offense Date: 08/31/2013<br>Good Time System: Earned Sentence Credit<br>Consecutive; Partially Suspended<br>Imposed: 4 Years 0 Months 0 Days<br>Suspended: 3 Years 0 Months 0 Days<br>Net: 1 Years 0 Months 0 Days |
| 10/22/2014 | Sentence: | Portsmouth Circuit - Docket: CR14-917-01<br>Offense: Obtain Money/Etc: False Pretense, Larceny>=$200{FRD-2743-F9}{18.2-178}<br>Offense Date: 09/18/2013<br>Good Time System: Earned Sentence Credit<br>Concurrent; Partially Suspended<br>Concurrent With Docket(s): CR14-307-00; CR14-307-02; CR14-307-03; CR14-307-04; CR14-307-05; CR14-307-06; CR14-307-07; CR14-307-08; CR14-307-12; CR14-307-13<br>Imposed: 5 Years 0 Months 0 Days<br>Suspended: 2 Years 0 Months 0 Days<br>Net: 3 Years 0 Months 0 Days |

8-3-22

22-00214659

Willie L. Casper III #1058209
St. Brides Corr. Center
701 Sanderson Rd.
Chesapeake, VA. 23328

Department of Corrections,
Court and Legal.

    I am currently serving a 13 yr, 6 mo and 30 day sentence on all non violent offences and I am also doing a probation violation for a non violent offence that originated back in 2001. According to the Virginia Code of Law § 53.1-202.3 I meet all of the criteria for the Ehanced Sentence credits that went into effect on July 1, 2022. I have been Incarcerated for 8 years and 8 months and If Court and Legal will calculate my new good time you will find that my new retroactive good time release date will be before July 1, 2032. My currently released date is 10-1-25, I like to know why have I not received a new release date in accorde with Virginia Code § 53.1-202.3 "60 days is almost up. Please resoond back. "Respectfully, W.L.C......

Ex 1



# COMMONWEALTH of VIRGINIA

HAROLD W. CLARKE
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

October 26, 2022

Willie Casper #1058209
Indian Creek Correctional Center

7B12B

This is in response to an inquiry received regarding your eligibility for Enhanced Earned Sentence Credits (ESC-2) and requesting a new Legal Update.

The Virginia Department of Corrections is currently in the process of recalculating **records with qualifying offenses only.** Priority will be given to cases with the closest release dates; revised release dates related to ESC-2 that are years in the future may take 6-8 months to complete. Please refer to Director Clarke's memos dated April 20, 2022 and June 24, 2022 which provide the most current information to date.

You will be notified of any changes to your time computation record through issuance of a new Legal Update.

With Kind Regards,
Correspondence Unit/ ks

Log Number: 22-00214659

| DOC #: 1058209 | Offender: Casper, Willie Lee, III | Date: 08/29/2022 |
|---|---|---|
| Status: Active | Location: St. Brides Correctional Center | Page: 1 of 4 |

| Current Class Level: 1 | | | | CRD: 11/13/2014 |
|---|---|---|---|---|
| | | | | Parole Rev. Date: |
| Total Sentence: | 13 Years | 6 Months | 30 Days | Parole Violations: 0 |

**Projected Dates**
**Discretionary Parole Eligibility:** Ineligible
**Mandatory Parole Release:** Ineligible
**Good Time Release:** 06/20/2023
**Adjusted Discharge:** 28 days applied to GTRD

The projected dates are based on the assumption that the offender will continue to earn good time at the present earning level and will not have earned good time taken from the offender as a result of misbehavior. Loss of earned good time, a change in good time earning level, or any other event that impacts the service of the total sentence may cause the projected dates to change.

Events listed below may impact the projected dates of eligibility and/or release since the last Legal Update dated 04/20/2021

| Date | Description | |
|---|---|---|
| 08/25/2014 | Sentence: | Chesapeake Circuit - Docket: CR14-307-00
Offense: Shoplift Alter Price/Conceal - Goods >=$200{LAR-2354-F9}{18.2-103}
Offense Date: 08/31/2013
Good Time System: Earned Sentence Credit-2
Consecutive; Partially Suspended
Imposed: 4 Years 0 Months 0 Days
Suspended: 3 Years 0 Months 0 Days
Net: 1 Years 0 Months 0 Days |
| 02/02/2015 | Sentence: | Chesapeake Circuit - Docket: CR12-1417-01
Offense: Public Records: Forgery{FRD-2519-F4}{18.2-168}
Offense Date: 02/02/2001
Good Time System: Earned Sentence Credit-2
Revoked; Original Date of Judgment: 09/11/2001
Partially Consec/Concur; Straight
Concurrent With Docket(s): CR14-307-00; CR14-307-02
Imposed: 2 Years 6 Months 0 Days
Partially Concurrent: 1 Years 0 Months 0 Days
Memo: original case #CR01-2252 |

EX 3

**Virginia Department of Corrections**
**Legal Update**

OSC-105

| DOC #: 1058209 | Offender: Casper, Willie Lee, III | Date: 04/22/2015 |
|---|---|---|
| Status: Active | Location: Nottoway Correctional Center | Page: 2 of 4 |

| Date | Description | |
|---|---|---|
| 10/22/2014 | Sentence: | Portsmouth Circuit - Docket: CR14-917-02<br>Offense: Obtain Money/Etc: False Pretense, Larceny>=$200{FRD-2743-F9}{18.2-178}<br>Offense Date: 09/23/2013<br>Good Time System: Earned Sentence Credit<br>Concurrent; Partially Suspended<br>Concurrent With Docket(s): CR14-917-01<br>Imposed: 5 Years 0 Months 0 Days<br>Suspended: 2 Years 0 Months 0 Days<br>Net: 3 Years 0 Months 0 Days<br>Memo: Also Concurrent with CR14-917-01, CR14-307-00, 02, 03, 04, 05, 06, 07, 08, 12, and 13 |
| 12/04/2013 to 11/13/2014 | Detention Jail Credit: | Chesapeake City Jail; Initial Jail Credit 344 Days |
| 08/25/2014 | Sentence: | Chesapeake Circuit - Docket: CR14-307-13<br>Offense: Stolen Property:W/ Intent To Sell, Larceny>=$200{LAR-2302-F9}{18.2-108.01(A)}<br>Offense Date: 09/02/2013<br>Good Time System: Earned Sentence Credit<br>Consecutive; All Suspended<br>Imposed: 4 Years 0 Months 0 Days<br>Suspended: 4 Years 0 Months 0 Days<br>Net: 0 Years 0 Months 0 Days |
| 08/25/2014 | Sentence: | Chesapeake Circuit - Docket: CR14-307-02<br>Offense: Conspire/Aid/Abet: To Commit Larceny > $200{LAR-2304-F9}{18.2-23(B)}<br>Offense Date: 11/16/2013<br>Good Time System: Earned Sentence Credit<br>Consecutive; Partially Suspended<br>Imposed: 4 Years 0 Months 0 Days<br>Suspended: 3 Years 0 Months 0 Days<br>Net: 1 Years 0 Months 0 Days |
| 11/13/2014 | Class Level: | 1 |
| 03/20/2015 | Memo: | Subject has an additional sentence imposed on 1/7/2014 in the Norfolk General District Court for Suspended License 8th Offense (30 days). The court order has been requested. |
| 03/20/2015 | Memo: | Subject has an additional sentence imposed on 2/2/2015 in the Chesapeake Circuit Court for Forgery-Probation Violation (2 years and 6 months w/ 1yr concurrent w/ Chesapeake case CR14-307)). The court order has been requested. |

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF CHESAPEAKE

HEARING DATE: 03/13/15
JUDGE          : John W. Brown

COMMONWEALTH OF VIRGINIA

VS

Willie Lee Casper, **DEFENDANT**
Alias : none
SSN   : 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
DOB   : 09/07/1965
SEX   : Male
RACE  : Black

FEDERAL INFORMATION PROCESSING
STANDARDS CODE: 550

CASE NO(S): CR12-1417-01

## MODIFICATION ORDER

Attorney for the Commonwealth : Ann E. Poindexter
Attorney for the Defendant    : Stephen Givando
Court Reporter                : Connie Murden

The defendant was present and represented by counsel.

On 02/2/15, the defendant appeared and was sentenced on the following offense(s):

| Case No: | Offense (F/M) | Date | Code | VCC |
|---|---|---|---|---|
| CR12-1417-01 | Probation Violation (F) | 05/22/14 | 19.2-306 | PRB4850F9 |

And the Court then sentenced the defendant to two (2) years and six (6) months incarceration with the Virginia Department of Corrections, of which one (1) year shall run concurrent with Chesapeake Circuit Court's charges of Concealment CR14-307-00 and Conspire to Commit Larceny > $200.00 CR14-307-02 sentence.

On this day, the Court **MODIFIES** the previous sentence and Orders that the two (2) years and six (6) months imposed shall run concurrent with the Chesapeake Circuit Court's charges of Concealment CR14-307-00 and Conspire to Commit Larceny >$200.00 CR14-307-02 in the Virginia Department of Corrections.
**TOTAL SENTENCE IMPOSED: two (2) years and six (6) months, of which two (2) years and six (6) months shall run concurrent with Chesapeake Circuit court's charges of Concealment CR14-307-00 and Conspire to Commit Larceny >$200.00 CR14-307-02**

All other aspects of the previous order shall remain in effect.

**Distribution of Copies.** The Clerk shall send a copy of this order to the:
Sheriff
Director of the Department of Corrections
Probation Office of this Court
Virginia Crime Sentencing Commission

EX4

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF CHESAPEAKE



Ex4

Credit provision when time to be served. The defendant shall be given credit for time spent in confinement while awaiting trial pursuant to § 53.1-187.

Sentencing Summary:
TOTAL SENTENCE IMPOSED :   two (2) years and six (6) months, of which two (2) years and six (6) months shall run concurrent with Chesapeake Circuit Court's charges of Concealment CR14-307-00 and Conspire to Commit Larceny>$200.00 CR14-307-02
TOTAL TIME SUSPENDED   :   none
TOTAL TIME TO SERVE    :   two (2) years and six (6) months, of which two (2) years and six (6) months shall run concurrent with Chesapeake Circuit Court's charges Concealment CR14-307-00 and Conspire to Commit Larceny>$200.00 CR14-307-02

ENTERED: April 15, 2015

_____
JUDGE

Clerk: cs

CHESAPEAKE CIRCUIT COURT
FAYE W. MITCHELL, CLERK
307 ALBEMARLE DRIVE
SUITE 300A
CHESAPEAKE, VIRGINIA
23322
(757) 382-3000

Ex 4

## Commonwealth of Virginia
## Department of Corrections

### Notification of Release
### Post/Probation Supervision
for
**WILLIE CASPER VSP - 1058209**

In accordance with the order of the Circuit Court for the City(ies)/ County(ies) of **CHESAPEAKE, PORTSMOUTH, CHESTERFIELD, NORFOLK,** your release from the Department of Corrections is directed on **December 6, 2022.**

Your release plan is: TO BE DEVELOPED.

**YOU MUST REPORT IN PERSON IMMEDIATELY UPON RELEASE TO**: CHIEF HOLLY ALEANDRO, PROBATION & PAROLE DISTRICT 31, 808 LIVE OAK DRIVE, SUITE 125, CHESAPEAKE, VIRGINIA, TELEPHONE NUMBER (757) 424-6760.

By direction of the Virginia Department of Corrections

_Timothy L. Logan_ (signature)
Timothy L. Logan
**Community Release Manager**
Division of Operations

**Offenders lose certain civil rights when convicted of a felony and may petition for restoration of civil rights upon completion of their sentence. You may contact the Secretary of the Commonwealth for information.**

CC: **INDIAN CREEK CORRECTIONAL CENTER**

I have read (had read and explained to me) the above and by my signature or mark below, acknowledge and understand the requirements upon me.

Inmate: _W My yp_    Date: _____

Witness: _(signature)_    Date: 12-6-2022

Ex 5

BE IT ENACTED BY THE GENERAL ASSEMBLY OF VIRGINIA: THAT § 53.1 – 202.3, AS IT SHALL BECOME EFFECTIVE,OF THE CODE OF VIRGINIA IS AMENDED AND REENACTED AS FOLLOWS: § 53.1 -202.3 (EFFECTIVE JULY 1,2022) RATE AT WHICH SENTENCE CREDITS MY BE EARNED FOR NONE VIOLENT OFFENDERS,ON JULY 1,2022 IF IT IS DETERMINED THAT,UPON RETROACTIVE APPLICATION OF THE PROVISION OF § 53.1 -202.3 OF THE CODE OF VIRGINIA, AS AMENDED BY THIS ACT,THE RELEASE DATE OF ANY SUCH INMATE PASSED PRIOR TO THE EFFECTIVE DATE OF THIS ACT THE INMATE SHALL BE RELEASED UPON APPROVAL OF AN APPROPIATE RELEASE PLAN AND WITHIN 60 DAYS OF SUCH DETERMINATION;



**CHESAPEAKE REGIONAL HEALTHCARE**

CHESAPEAKE REGIONAL MEDICAL CENTER
736 Battlefield BLVD
Chesapeake VA 23320-4941
Phone: 757-312-8121

Casper, Willie L III
MRN: 374302, DOB: 9/7/1965, Sex: M
Acct #: 80223150819
Arrived 11/11/2022, D/C: 11/12/2022

---

**11/11/2022 - ED in CRMC EMERGENCY DEPT**
**Abstract Report**

# ABSTRACT OF HEALTH INFORMATION

## Patient Demographics

| Patient Name | HAR | Legal Sex | DOB | Address (Temporary) | Contact Numbers (Temporary) |
|---|---|---|---|---|---|
| Casper, Willie L III | 80223150819 | Male | 9/7/1965 | 801 Sanderson Rd, CHESAPEAKE VA 23322 | 757-421-0095 |

## Diagnoses

1. Opioid abuse (HCC) [227565] - Primary
2. Cocaine abuse (HCC) [225887]
3. Leukocytosis, unspecified type [2247468]

## ED Provider Notes

**ED Provider Notes by Thompson, Chad A, MD at 11/11/22 2143**

Author: Thompson, Chad A, MD
Filed: 11/12/22 0015
Editor: Thompson, Chad A, MD (Resident)

Service: EMERGENCY
Date of Service: 11/11/22 2143

Author Type: Resident
Status: Attested
Cosigner: McManus, Kenneth, DO at 11/12/22 1621

Attestation signed by McManus, Kenneth, DO at 11/12/22 1621

### Supervising Physician Attestation

I, Kenneth McManus, DO, have personally seen and examined this patient; I have fully participated in the care of this patient with the emergency medicine resident Dr. Thompson. This is a 57 y.o. male with history and exam consistent with transient unresponsiveness in the setting of likely opioid intoxication.

I provided a substantive portion of the care of this patient. I personally performed the medical decision making, in its entirety, for this encounter. Initial considerations in this patient included opioid overdose, cardiac arrest, syncope, upper gastrointestinal bleeding, gastritis, peptic ulcer disease, dysrhythmia, and other intoxication and overdose among others.

Patient presented from prison for report of questionable cardiac arrest. Apparently one of the other inmates had noticed that the patient passed out and he performed CPR. Upon arrival of medical staff, the patient was noted to be responsive with normal pulse. The patient had an episode where he vomited what appeared to be red fluid. The patient was noted to have no other evidence of hematemesis or gastrointestinal bleeding. The patient was noted to have a total EKG with no evidence of acute ischemia, infarction, or dysrhythmia. He denied associated chest pain, palpitations, and could not recall any significant symptoms prior to passing out. He reported that he take his prescribed Protonix but denied having taken anything else. The patient was given Narcan prior to arrival and was noted to have improvement in his level of alertness. The patient was noted to have no further evidence of somnolence or other evidence of opiate intoxication. The patient was noted to have an unremarkable high-sensitivity troponin and no evidence of anemia or other findings to suggest gastrointestinal bleeding. The patient was felt to be safe for discharge back to prison for likely transient unresponsiveness from opioid overdose.

I provided a substantive portion of the care of this patient. I personally provided more than half of the total time dedicate to treatment of this patient.

Kenneth McManus, DO
November 12, 2022

---



# Chesapeake Integrated Behavioral Healthcare

Chesapeake IBH
224 Great Bridge Blvd

| | | | |
|---|---|---|---|
| Client Name: | WILLIE CASPER III | Client ID: | 44677 |
| Date/Time: | 2/7/2023 12:30 PM to 1:45 PM | Program Area | Intake |
| Service Type/CPT | CIBH-Master Intake / 90791 | Employee: | Elizabeth Jayme , LPC |
| Service ID: | 3567078 Face-to-Face Service In-Person | | |

## Presenting Needs - Admit

**\*Client's Statement of Presenting Needs/Preferences at Referral:**

**" MENTAL HEALTH EVALUATION"**
At the onset of the session, the clinician reviewed Release(s) of Information and discussed limits to confidentiality to include mandated reporting of suspected child abuse/neglect and adult abuse/neglect and for disclosure of thoughts to harm self or others.: .

**Professional Summary, Clinician Formulation, chief complaint, duration/frequency/severity of symptoms, precipitating events/stressors and relevant history, specific reasons a child may need to be placed out of the home and what out of the home placement may be.:**

Willie Casper is a 57 year old male who lives with his parents, sister in Chesapeake, VA. Willie was seen today for an assessment that was voluntarily requested.

"Years ago I had an addiction to heroin. SA OP treatment for opioid addiction 2019.
SA treatment while incarcerated at Indian Creek " I have trauma from what happened in prison...I contracted opioids in my system while at Indian Creek. I had an overdose that led to a heart attack.... It took me out... I was surrounded by inmates using drugs in my area (Indian Creek). I woke up (from heart attack) with officers and nurses around me... someone gave me CPR... They (staff) said I was dead... I don't know how opioids got in my system... I was put in isolation ... I was supposed to be released (from incarceration) 7/2022... I wasn't supposed to be in prison... My sentencing order indicated I should have been home. I took this paperwork to my counselor. She talked to her supervisor. Paperwork was sent to my counselor's supervisor. I was released 12/6/22 on immediate release. My stress comes from my incarceration... That plays on my mental at times... I had to do the work... get my paperwork... I could have lost my life due to being in prison...I believe it (overdose) was fentanyl... I was out... I requested to be moved out of the area (with substance abusers) at Indian Creek... all the noise... all the fighting... I was locked up in segregation... isolation. Telling on another inmate could cost me my life."
Prison 2013-12/6/2022.
PTSD
intrusive thoughts- "I will be watching TV and this will come to my mind.... My life was almost gone... how could I leave my parents like that... some times when I lay in my bed... flashbacks, intrusive thoughts, night mares. It gave me an awkward feeling when I came back to life... I have never had that feeling before... today I am traumatized behind that."
Willie agreed to discuss his history of trauma and PTSD symptoms further in individual therapy.

Major depressive disorder, Recurrent episode, Moderate
"I have periods of sadness 12/6/22- present... Sadness comes and goes... alot of times when I'm alone at the evening time."
appetite decrease when sad
trouble going to sleep, staying asleep when sad
lack of motivation when sad.
loss of interest in going out.
"I just want to be by myself."

Willie denied SI, HI, AH, VH. He denied a history of a suicide attempt. Willie denied access to firearms or lethal means.

Page 6 of 10



**Chesapeake Integrated Behavioral Healthcare**
Chesapeake IBH
224 Great Bridge Blvd

| | | | |
|---|---|---|---|
| Client Name: | WILLIE CASPER III | Client ID: | 44677 |
| Date/Time: | 2/7/2023 12:30 PM to 1:45 PM | Program Area | Intake |
| Service Type/CPT | CIBH-Master Intake / 90791 | Employee: | Elizabeth Jayme , LPC |
| Service ID: | 3567078 Face-to-Face Service In-Person | | |

trauma from what happened while in prison... Indian Creek... I had a heart attack... I wasn't supposed to be in prison... (jail nurses/staff) They said I was dead. Someone gave me CPR."
intrusive thoughts- "I will be watching TV and this will come to my mind.... My life was almost gone... how could I leave my parents like that... some times when I lay in my bed... flashbacks, intrusive thoughts, night mares. It gave me an awkward feeling when I came back to life... I have never had that feeling before... today I am traumatized behind that."
Willie agreed to discuss his history of trauma and PTSD symptoms further in individual therapy.
**Female with Dependents?**: No

**Managing Possessions/belongings/completes chores/manages allowance:** .

Willie is able to manage home, belongings well.
**Housing: safe and stable/Any problems at home/How long lived in current residence/ able to maintain the functioning of the home/relies on others for help at home/Any problems managing the household:** .

Willie lives in safe, stable housing with his parents and older sister.
**Communication: able to express thoughts, feelings and needs to others appropriately/ Needs assistance from others to communicate:** .

Willie is able to express thoughts, feelings and needs to others appropriately. Denied problems.
**Daily routine/schedule/needs assistance from others to maintain a routine:** .

Willie manages daily routine on his own.
**Financial resources/Ability to manage finances/Dependent on others financially:** .

no income
unemployed
**Able to problem solve/make decisions/reliant on others/Distracted/Racing thoughts:** .

Willie problem solves on his own and with mother, age 81.
**Support System: relationships with family/others in the home/ relationships with peers/friends/Who specifically provides support and how often they have contact with support system:** .

support system includes mother, father, sister, daughter, friends
**Transportation/difficulties accessing community resources/relies on others for help:** .

Mother provides transportation.
**Engagement in community activities:** .

"I go to the gym."
**Sexuality/concerns about intimate relationships or sexual health:** .

no concerns noted
**Ability to address hygiene/grooming/dress/independent or needs assistance:** .

no concerns noted
**Educational History**
**School Performance and Peer Relationships, suspensions, regular attendance, learning disabilities, academic functioning:** Describe:

"I received a GED in 1995."
History of special education in 7th, 8th grade due to "slow work." Willie reported that he had a learning disability however denied the learning disability effecting his current functioning.
**Special Education Status**: No