

# U.S. District Court

## Virginia Eastern - Norfolk

**THIS IS A COPY**

Receipt Date: Feb 15, 2023 10:16AM

Willie E. Casper

| Rcpt. No: 200000679 | | Trans. Date: Feb 15, 2023 10:16AM | | | Cashier ID: #EP |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| *201B | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $402.00 |
| | Total Due Prior to Payment: | $402.00 |
| | Total Tendered: | $402.00 |
| | Total Cash Received: | $402.00 |
| | Cash Change Amount: | $0.00 |

**Comments:** Casper v. Clarke 2:23cv53

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.