IN THE
UNITED STATES DISTRICT COURT
OF THE
EASTERN DISTRICT OF VIRGINIA
U.S. CLERK'S OFFICE

RE: COVER LETTER FOR CIVIL COMPLAINT

I, WILLIE L. CASPER 3Rd., Pro Se Have Enclued with this Letter my Civil Complaint againts the Director of the Virginia Department of Corrections and A Copy of the Summons To Notify The Defendent Harold W. Clarke, I am Filing my Civil Complaint Into this Honorable Court Timely. Please File my Complaint Accordingly and If any other Requirements Are Necessary or Needed Please Inform Me as soon as Possible So the requirement Can be Met.

Thanking You In Advance For your assistance In this Matter of Concern. I Remain.

Respectfully Submitted

Willie L. Casper 3rd.
2972 Aaron dr.
Chesapeake VA. 23323