**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

WILLIE L. CASPER, III,

    Plaintiff,

v.                          CASE NO. 2:23cv53

HAROLD W. CLARKE, DIRECTOR OF
VIRGINIA DEPARTMENT OF CORRECTIONS

    Defendant.

## DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant, by counsel, and pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, respectfully moves this Honorable Court for entry of an order dismissing the claims against him for the reasons set forth in the Memorandum accompanying this Motion.

Respectfully submitted,

HAROLD CLARKE

By:      /s/
Laura H. Cahill, AAG, VSB#86328
Jeremiah Johansen, AAG, VSB #99399
Criminal Justice & Public Safety Division
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-5630
(804) 786-4239 (Fax)
Email: lcahill@oag.state.va.us

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December 2024, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF participants: N/A.

I also hereby certify that I have sent the document, postage prepaid, to the following non-CM/ECF user:

>Willie L. Casper, III
>2922 Aaron Drive
>Chesapeake, VA 23323
>757-236-2646
>*Pro Se*

By:     s/Laura H. Cahill
         Laura H. Cahill, AAG, VSB#86328
         Office of the Attorney General