UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division


**WILLIE L. CASPER, III,**

                              Plaintiff(s),

                                                Case No. 2:23cv53


**HAROLD W. CLARKE, DIRECTOR OF
VIRGINIA DEPARTMENT OF CORRECTIONS,**

                              Defendant(s),

**JUDGMENT IN A CIVIL CASE**

  **Decision by the Court.** This action came for decision before the Court.
The issues have been considered, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Defendant's Motion to Dismiss (ECF No. 25) is **GRANTED**, and Plaintiff's Complaint (ECF No. 1) is **DISMISSED without prejudice**. Plaintiff's Motion for Extension of Time (ECF No. 29) is **DISMISSED as moot**.
The Clerk is **DIRECTED** to close this case.

DATED: September 24, 2025

                                                       FERNANDO GALINDO, Clerk


                                                       By:  /s/
                                                       E. Price, Deputy Clerk